IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 12-CV-971 -NJR-DGW |
| | ) |
| LAKEISHA ADAMS A/K/A | ) |
| LAKEISHA N. ADAMS, SECRETARY | ) |
| OF HOUSING AND URBAN | ) |
| DEVELOPMENT, and TOWNSHIP OF | ) |
| CASEYVILLE, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter is currently before the Court on the Motion to Remand Back to State Court (Doc. 53) filed by Plaintiff Bank of America, N.A., on May 15, 2015. Defendant, United States of America, stipulates and agrees to the Motion (Doc. 53-1). For the reasons below, the motion is granted.

On August 2, 2012, Plaintiff Bank of America, N.A., filed a foreclosure action pursuant to 735 ILCS 5/15-1101, *et seq.*, against Defendants Lakeisha Adams, Secretary of Housing and Urban Development, Township of Caseyville, Unknown Owners-Tenants, and Non-record Claimants in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois (*See* Doc. 3-2). Served with process on August 31, 2012, the United States of America timely removed the action to this Court pursuant to

28 U.S.C. §§ 1441(c), 1442 (a), and 1444, as this case sought to foreclose an interest of the United States (Doc. 3).

On August 4, 2014, this Court granted summary judgment in favor of Plaintiff and against the United States (Doc. 43). Upon the adjudication of the United States, the Court finds that removal jurisdiction under 28 U.S.C. §§ 1441, 1442, and 1444 is no longer appropriate. Accordingly, the Court **GRANTS** Plaintiff's Motion to Remand, and this action is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois.

**IT IS SO ORDERED.**

DATED: **June 1, 2015**

s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**United States District Judge**